FILED

09/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0326

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0326

STATE OF MONTANA,

 Plaintiff and Appellee,

v.

ROBERT EARL SNYDER,

 Defendant and Appellant.

## ORDER

Upon consideration of the parties' Motion to Dismiss by Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that this case is remanded to the Eighth Judicial District Court, Cascade County, for that court to enter an amended judgment awarding Appellant with an additional 84 days of credit for time served under Mont. Code Ann. § 46-18-403(1)(a)–(b).

IT IS FURTHER ORDERED that the remainder of the appeal is dismissed with prejudice.

IT IS FURTHER ORDERED that remittitur shall issue immediately.

The Clerk is directed to provide copies of this Order to the Honorable John. W. Parker and counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 11 2023